## BROWN CRUMMER INVESTMENT COMPANY v. CITY OF BURBANK et al.

No. 8754.

Circuit Court of Appeals, Ninth Circuit.

June 24, 1938.

Martin & Huguenin and James G. Martin, all of Wichita, Kan., and Roscoe R. Hess, of Los Angeles, Cal., for appellant.

Ralph W. Swagler, City Atty., of Burbank, Cal., and Wm. Mackenzie Brown and Leon Thomas David, Sp. Counsel, both of Los Angeles, Cal., for appellees Burbank et al.

E. C. Pyle, of Los Angeles, Cal., for appellees Hammond et al.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

■

## Sam BRUSHOME v. UNITED STATES of America.

No. 7964.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

John D. Meyer, of Pittsburgh, Pa., and James R. Manak and Henry A. Pollack, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.